UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

1:21-CV-158-CLC-CHS

Samantha Rajapakse )
    Plaintiff )
v. ) NO. 1:21-CV-158
)
Internet Escrow Services d/b/a Escrow.com ) (To be assigned by the Clerk's Office.
Ebay. ) Do not write in this blank.)

## APPLICATION TO PROCEED IN FORMA PAUPERIS
## WITH SUPPORTING DOCUMENTATION

I, Samantha Rajapakse _____, declare that I am the:

[X]    plaintiff/petitioner

[ ]    defendant/respondent

[ ]    Other: _____

in the above-reverenced proceeding. In support of my request to proceed without being required to prepay fees or give security therefor, I state that because of my poverty, I am unable to pay the fees for this action or give security therefor. I believe that I am entitled to the relief sought in my complaint/petition/answer/response. The nature of my action, defense, or other proceeding or the issues I intend to present are briefly stated as follows:

In further support of this application, I answer the following questions:

Page 1 of 10

## PERSONAL INFORMATION, EMPLOYMENT AND INCOME DATA

**NAME (First Middle Last)**

Samantha Delane Rajapakse

**YEAR OF BIRTH**

12/12/1965

**SOCIAL SECURITY NUMBER (last 4 digits only)**

9280

**PHONE NOS.**

423-551-1854

**HOME ADDRESS:**

3221 Westonia Drive

**OWN OR RENT?**

no renting or own

**HOW LONG AT CURRENT ADDRESS?**

1 year

**MARITAL STATUS:**

Single

**NAME AND ADDRESS OF CURRENT EMPLOYER:**

Talent Bridge
6100 Fairview Rcl Unit 500
Charlotte, NC 28210   704-644-7000

**TELEPHONE NUMBER OF EMPLOYER:**

**HOW LONG AT CURRENT EMPLOYMENT?**

3 months assignment ended

**OCCUPATION (Describe what you do):**

Loan Processor

**IF EMPLOYED, STATE BOTH THE GROSS AND NET AMOUNTS OF YOUR SALARY AND WAGES PER MONTH.**

GROSS:                                      NET:

**IF NOT CURRENTLY EMPLOYED, GIVE MONTH AND YEAR OF LAST EMPLOYMENT:**
January, 2021 to March, 2021

**HOW MUCH DID YOU EARN PER MONTH AT YOUR LAST EMPLOYMENT:**

HAVE YOU RECEIVED ANY MONEY FROM ANY OF THE FOLLOWING SOURCES WITHIN THE PAST TWELVE MONTHS?
No

| Source | Yes | No |
|---|---|---|
| Business, professional or other form of self-employment? | [ ] Yes | [x] No |

If YES, state the source and amount:

| | | |
|---|---|---|
| Rent payments, interest, or dividends? | [ ] Yes | [x] No |

If YES, state the source and amount:

| | | |
|---|---|---|
| Pensions, annuities, or life insurance payments? | [ ] Yes | [x] No |

If YES, state the source and amount:

| | | |
|---|---|---|
| Gifts or inheritance? | [ ] Yes | [x] No |

If YES, state the source and amount:

| | | |
|---|---|---|
| Any other source? | [x] Yes | [ ] No |

If YES, state the source and amount: my son and daughter has been paying my expenses

I exhausted all means to keep from filing I have filed with the State to prevent from filing.

## ASSETS:

LIST ANY OF THE FOLLOWING ASSETS THAT YOU OWN AND THE TOTAL VALUE

| | |
|---|---|
| CASH | $ 0.00 |
| CHECKING ACCOUNTS TOTAL BALANCE (List Banks Below) **(Do NOT include account numbers)** my account is closed. | $ |
| SAVINGS ACCOUNTS–TOTAL BALANCE (List Banks Below) **(Do NOT include account numbers)** account closed | $ |
| STOCKS AND BONDS | $ 0.00 |
| REAL ESTATE–CURRENT FAIR MARKET VALUE (List Locations Below) | $ 0.00 $ $ |
| **TOTAL REAL ESTATE** | $ |

Page 4 of 10

VALUE OF PERSONAL PROPERTY, EXCLUDING VEHICLES (Itemize)

| Item | Value |
|---|---|
| ~~none~~ Clothes | $1,000 |
| Furniture | $2,000 |
| | $ |

**TOTAL PERSONAL PROPERTY** $3,000

MOTOR VEHICLES

| Year/Make | License No. | Current Value | |
|---|---|---|---|
| 2005 Hyundai Santa fe | | $ no mortor unknown | needs Motor |
| | | $ | |
| | | $ | |

**TOTAL VALUE OF MOTOR VEHICLES** $

DEBTS OWED TO YOU (Give Name of Debtor)

| Debtor | Amount |
|---|---|
| none | $ |
| | $ |
| | $ |

**TOTAL DEBTS OWED TO YOU** $ 0

OTHER ASSETS (ITEMIZE)

| | $ |
| | $ |
| | $ |

**TOTAL OTHER ASSETS** $ 0

**TOTAL OFF ALL ASSETS:** $ 3,000

## LIABILITIES
## (DO NOT INCLUDE ACCOUNT NUMBERS)

NOTES (LOANS) PAYABLE TO BANKS (List bank name and amount of loan only)

none                                    $ _____

_____                 $ _____

_____                 $ _____

**TOTAL LOANS PAYABLE TO BANKS**        $ _____

| | |
|---|---|
| NOTES (LOANS PAYABLE TO OTHERS) | $ 0.00 |
| MORTGAGES PAYABLE ON REAL ESTATE | $ 0.00 |
| CREDIT CARDS AND ACCOUNTS PAYABLE TO CREDITORS | $ 50.00 |
| MEDICAL BILLS  Diabetic Type 2, | $ 100.00 |
| TAXES AND ASSESSMENTS PAYABLE  *[Fair Rent Assessment 617 Fairview]* | $ |

OTHER LIABILITIES (Itemize)

_____                 $ 150.00

_____                 $ _____

_____                 $ _____

**TOTAL LIABILITIES**   $              200.00

Page 6 of 10

## LIVING EXPENSES

|  | Monthly Payment | Balance Owing |
|---|---|---|
| [ ] RENT or [ ] MORTGAGE PAYMENT (check one) | $ 0.00 | $ |
| ELECTRICITY | $ | $ |
| WATER | $ | $ |
| GAS | $ | $ |
| TELEPHONE | $ | $ |
| FOOD | $ 294.00 food stamps | $ |
| ALIMONY | $ | $ |
| CHILD SUPPORT | $ | $ |
| CHILD CARE | $ | $ |
| SCHOOL EXPENSES | $ | $ |
| AUTOMOBILE NOTE | $ | $ |
| AUTOMOBILE INSURANCE | $ | $ |
| AUTOMOBILE REPAIRS | $ | $ |
| GASOLINE | $ | $ |
| FURNITURE NOTE | $ | $ |
| CLOTHING | $ | $ |
| CABLE TELEVISION | $ | $ |
| LIFE INSURANCE | $ | $ |
| HOSPITALIZATION INSURANCE | $ | $ |
| DOCTORS | $ | $ |
| DRUGS | $ 100.00 | $ |
| CREDIT CARDS | $ 50.00 | $ |
| OTHER CHARGE ACCOUNTS OR CREDITORS | $ | $ |
| TAXES | $ | $ |
| ANY OTHER EXPENSES (LIST) | | |
|  | $ | $ |
|  | $ | $ |
|  | $ | $ |
|  | $ | $ |
| **TOTAL EXPENSES** | | $ 444.00 |

*(stamp: Talent Bridge / 6117 Fairview)*

My DAughter & Son Assist me too waiting 3 months for my unemployment benefits

## SPOUSES' PERSONAL INFORMATION; EMPLOYMENT AND INCOME DATA

NAME (First    Middle    Last)                         YEAR OF BIRTH

SOCIAL SECURITY NUMBER (last 4 digits only)            PHONE NOS.


HOME ADDRESS (if different from yours):


OWN OR RENT?                    HOW LONG AT CURRENT ADDRESS?

NAME AND ADDRESS OF CURRENT EMPLOYER:


TELEPHONE NUMBER OF EMPLOYER:


HOW LONG AT CURRENT EMPLOYMENT?


OCCUPATION (Describe what your spouse does):


SPOUSE'S CURRENT MONTHLY INCOME:

    Salary or Wages                              $ _____

    Commissions                                  $ _____

    All other sources (Pensions; Soc.Sec.;
    Rent; Interest; Dividends; Alimony, etc.)    $ _____

              **TOTAL:**                      $ 0.00 _____

Page 8 of 10

Case 1:21-cv-00158-CLC-CHS   Document 1   Filed 07/12/21   Page 8 of 10   PageID #: 8

## NAME OF DEPENDENTS AND INCOME (If any)
### (For Minor Children, only provide first initials)

Names:                    Age:              Relationship:          Living
                                                                   With Whom?

none _____

_____

_____

_____

_____

TaRightlent Bridge
617 Fairview
TOTAL MONTHLY INCOME OF DEPENDENTS INCLUDING
CHILD SUPPORT PAYMENTS (exclude spouse)                    $_____

**TOTAL MONTHLY INCOME OF APPLICANT, SPOUSE,
AND DEPENDENTS**                                           $____0_____

# AFFIDAVIT

I hereby certify that the above statement is true and that it is a complete statement of all my income and assets, real and personal, whether held in my name or by any other, under penalty of perjury.

_____July 9, 2021_____  _____Samantha Rajapalyo_____
DATE                         SIGNATURE

Created:     January 31, 2007
IPF Application.wpd

Case 1:21-cv-00158-CLC-CHS   Document 1   Filed 07/12/21   Page 10 of 10   PageID #: 10