UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| SAMANTHA RAJAPAKSE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:21-cv-00158-CLC-CHS |
| | ) |
| INTERNET ESCROW SERVICES, | ) |
| *doing business as Escrow.com,* | ) |
| EBAY MOTORS, | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

The Court is in receipt of a pro se plaintiff's complaint [Doc. 2], and motion for leave to proceed *in forma pauperis* [Doc. 1]. It appears from the motion for leave to proceed *in forma pauperis* that Plaintiff lacks sufficient financial resources to pay the filing fee. Accordingly, pursuant to 28 U.S.C. § 1915, this motion [Doc. 1] is **GRANTED**.

Plaintiff is **NOTIFIED** that the Court **WILL NOT** consider any amendments and/or supplements to the complaint or any other kind of motion for relief until after the Court has screened the complaint pursuant to 28 U.S.C. §§ 1915(e)(2)(B), which the Court will do as soon as practicable. Accordingly, the Court will automatically deny any further requests to amend or supplement the complaint and/or motions filed before the Court has completed this screening. Process shall not issue until the Court has completed screening and orders process to issue.

Plaintiff is **ORDERED** to immediately inform the Court of any address changes. Pursuant to Local Rule 83.13, it is the duty of a pro se party to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. E.D. Tenn. L.R. 83.13. Failure to provide a correct

address to this Court within fourteen days of any change in address may result in the dismissal of this action.

**IT IS SO ORDERED.**

/s/ *Christopher H. Steger*
UNITED STATES MAGISTRATE JUDGE