EASTERN DISTRICT OF TENNESSEE
OFFICE OF CLERK
UNITED STATES DISTRICT COURT
900 GEORGIA AVENUE, ROOM 309
CHATTANOOGA, TENNESSEE 37402

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

1:21-cv-158
#7

CHATTANOOGA TN 372

22 JUL 2021 PM 2 L

neopost
07/21/2021
US POSTAGE $00.51
ZIP 37402
041L11218266
FIRST-CLASS MAIL

RECEIVED

AUG 02 2021

Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

Samantha Rajapakse
321 Westonia Drive
Chattanooga, TN 37412

NIXIE        372        DE 1      07/27/21

RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD

BC: 37402225984        *3080-09509-22-40*

37402>2259
37412-13612