# UNITED STATES DISTRICT COURT FOR EASTERN TENNESSEE
# CHATTANOOGA DIVISION

FILED
AUG 23 2021
Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

SAMANTHA RAJAPAKSE,

PLAINTIFF

v.  No 1:2021-cv-00158 clc -chs

INTERNET ESCROW SERVICES
DBA ESCROW.COM, ETAL

DEFENDANTS

---

## PLAINTIFF'S MOTION SEEKING RECUSAL

---

The integrity of the court and a juduciary proceeding goes hand and hand with not just the process but those who are sworn to uphold the judiciary process and fairness. Plaintiff does not feel she would be entitled to that right under the current adjudictor and respectfully file this motion petitioning the Magistrate to recuse himself from this proceeding under Cannon A 2

A letter entered into the record of the court [DKt #8] to the Chief Justice of the Chattanooga Division asking the court to assist her in removing the Magistrate Christopher Steger from her case over bias and prejudice statements made in a previous case against her at a hearing.

IT IS THEREFORE PLAINTIFF'S RESPECTFULLY PETITIONS THE COURT TO GRANT RECUSAL.

/s/

Respectfully Submitted,
Samantha Rajapakse
Plaintiff,

## Certificate of Service

A copy of this pleading has been mailed to the opposing party by United States Postal Service on 21st of August, 2021

Respectfully,
Samantha Rajapakse

Samantha D. Rajapakse
3221 Westonia Drive
Chattanooga, TN 37412



NASHVILLE TN 370
21 AUG 2021 PM 6 L

U.S District Court of Chattanooga
900 Georgia Ave Suite 309
Chattanooga, TN 37402

X-RAYED

37402-229504