# Samantha Rajapakse



3221 Westonia Drive,
Chattanooga, TN 37412
423-551-1854
Samantharajapakse@ymail.com
Samantha.rajapakse@outlook.com

July 23, 2021

United States District Court of Eastern Tennessee
Honorable Travis R. McDonough, Chief Justice
900 Georgia Ave.

Chattanooga, TN 37402

RECEIVED
JUL 26 2021
Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

Re: District Judge Christopher Steger

*Rajapakse v. Internet Escrow Services No. 1:2021-cv-00158*

Dear Honorable Travis R. McDonough,

    I am sending this letter in hopes of my concerns over a case that is pending before your jurisdiction can be resolved. I have spoken with Division Manager's Office addressing this matter before this court.

    I have a pending case before District Magistrate Christopher Steger, and I am asking to be reassigned to another Magistrate for the reason I am about to. I am 55 years old, and I can say the last couple of years of my life has been every difficult. I have several pending cases in various courts because I

1

am a victim of the Equifax data breach after 4 years of trying to get my credit correct, I had to file complaints in various district courts. Living in Chattanooga with your Equifax credit report inaccurate is duress life within itself. In 2015 I brought a case against a rental property from state court to federal court after relocating here and thinking the apartment I applied for where a nice, well-kept residence. This was my first time renting because I always owned my home and needless to say it was a mess and after 4 months of living there and addressing the issue, I decided to break my lease and leave. While trying to leave the Property Manager was putting a negative word on me causing me not to be able to leave and it went from state court. State court stated since I did not say again, I did not owe a judgment went against me and the case was filed federal court to enforce Tennesse statue. While my case was in this court a presented, well-pleaded case with evidence provided showing I was in accordance with Tennessee statue. During a hearing in court Magistrate Steger did not allow me to address my case and while speaking with the opposing party he made a comment " I guess she wants some money behind this." A complaint was filed against Magistrate Steger, but it was dimissed because I had no proof. See we are not allowed to bring phones in the court. Since then, I have been afraid to file anything in this court. I have filed in Nashville which brought the last case there and I filed in California over the pending case now.

Recently, I had to file a complaint before this court I was granted the right to move forward without paying but the statement he will review it when it is practical lets me know that this case will not be given the equal protection of the United States Constitution. Right now I am a victim of a scam and I exhausted all means by filing complaints with state agencies to prevent me from filing in this court. But I had no other choice but to file because it involved different states. I am tired and I would like to be heard fair and the case resolved.

Being pro se for a while you can get an indication a great bias is about to be committed. The court says it is better for a judge to recuse himself than to . I don't want to have to fight the defendants in court with the judge being part of the crew. Therefore, I am pleading for my case to be reassigned to another Magistrate.

Page 02

Case 1:21-cv-00158-CLC-CHS   Document 8   Filed 07/27/21   Page 2 of 4   PageID #: 40
Case 1:21-cv-00158-CLC-CHS   Document 10-1   Filed 08/23/21   Page 2 of 3   PageID #: 48

Samantha D. Rajapakse
3221 Westonia Drive
Chattanooga, TN 37412



NASHVILLE TN 370
21 AUG 2021 PM 6 L

U.S District Court of Chattanooga
900 Georgia Ave Suite 309
Chattanooga, TN 37402

X-RAYED

37402-225984

