# UNITED STATES DISTRICT COURT OF EASTERN TENNESSEE
# OF CHATTANOOGA, TENNESSEE

SAMANTHA RAJAPAKSE,
PLAINTIFF

v.  No. 1:21-cv-00158

INTERNET ESCROW SERVICES
D/B/A ESCROW.COM
EBAY MOTORS
(child company of EBAY. COM, ETAL
    DEFENDANT (S)

## MOTION TO REMOVE EBAY.COM AND EBAY MOTORS FROM PLAINTIFF'S COMPLAINT

Plaintiff, Samantha Rajapakse would like to remove Defendants Ebay.com and Ebay Motors from her complaint.

Respectfully Submitted,

Samantha D. Rajapakse
Plaintiff/Pro se
3221 Westonia Drive
Chattanooga, TN 37412

## CERTIFICATE OF SERVICE

A copy of this pleading has meen mailed to the opposing party via United States Postal Service on /7 of November, 2021

Sincerely,

Samantha D. Rajapakse