# UNITED STATES DISTRICT COURT OF EASTERN TENNESSEE
# OF CHATTANOOGA, TENNESSEE

SAMANTHA RAJAPAKSE,
PLAINTIFF

v.                                        No. 1:21-cv-00158

INTERNET ESCROW SERVICES
D/B/A ESCROW.COM
EBAY MOTORS
(child company of EBAY. COM, ETAL
    DEFENDANT (S)

---

## PROOF OF SERVICE

---

Defendant Internet Escrow Service also doing business as Escrow. Com was served on _16_ of November, 2021 overnight by a third-party United States Postal Service #EE 312 615 574 US and was signed for by C. Daren.

Respectfully Submitted,

Samantha D. Rajapakse
Plaintiff/Pro se
3221 Westonia Drive
Chattanooga, TN 37412

## CERTIFICATE OF SERVICE

A copy of this pleading has meen mailed to the opposing party via United States Postal Service on __17__ of November, 2021

Sincerely,

/Samantha D. Rajapakse


**UNITED STATES POSTAL SERVICE**

November 16, 2021

Dear Samantha Rajapakse:

The following is in response to your request for proof of delivery on your item with the tracking number: **EE31 2615 574U S**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | November 16, 2021, 11:40 am |
| **Location:** | SAN FRANCISCO, CA 94104 |
| **Postal Product:** | Priority Mail Express 1-Day® |
| **Extra Services:** | Insured |
| | PO to Addressee |
| | Up to $100 insurance included |
| **Actual Recipient Name:** | C DAREN |

Note: Actual Recipient Name may vary if the intended recipient is not available at the time of delivery.

## Shipment Details

**Weight:** 14.0oz

## Recipient Signature

| | |
|---|---|
| **Signature of Recipient:** | C D 422 C-19 Darren |
| **Address of Recipient:** | 180 MONTGOMERY ST SAN FRANCISCO, CA 94104 |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

Civil Action No. 1:21-cv-00158

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Internet Escrow Service / Escrow.com
was received by me on *(date)* .

☐ I personally served the summons on the individual at *(place)*
            on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
, a person of suitable age and discretion who resides there,
on *(date)* , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* , who is
designated by law to accept service of process on behalf of *(name of organization)*
            on *(date)* ; or

☐ I returned the summons unexecuted because : or

☒ Other *(specify)*:
Third Party USPS on 11/16/2021
Tracking EE 312 615 574 US

My fees are $    for travel and $    for services, for a total of $ .

I declare under penalty of perjury that this information is true.

Date:

*Samantha Rajapakse*
Server's signature

Samantha Rajapakse
Printed name and title

3221 Westonia Dr
Chattanooga TN 37412
Server's address

Additional information regarding attempted service, etc:
USPS Attachment Proof of Service
Photo of Tracking

EE 312 615 574 US

cannot
:m to

; of
ind
s, and
mailer
e

damage or missing contents, also retain the article, container, and packaging for Postal Service inspection when requested.

**Refund of Postage and Fees (Service Performance):** If delivery of a Priority Mail Express (PME) item does not meet the scheduled delivery commitment(s), online and commercial customers may submit a refund request by visiting *USPS.com*. Retail customers may submit a refund request either online at *USPS.com* or at retail locations. Refund requests for postage must be submitted no later than 30 days from the date of mailing; Extra Services fees refund requests must be submitted no later than 60 days from the date of mailing. Each tracking number can only be submitted once for all applicable refunds. Refund requests for PME or PME with Extra Services must be combined into a single submission.

*Thank you for choosing Priority Mail Express service.*

**Tracking:** For USPS Tracking, scan the QR Code below or go to USPS.com or call 800-222-1811



EE 312 615 574 US
Priority Mail Express tracking number

Scanned with CamScanner