UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| SAMANTHA RAJAPAKSE, | ) |
| *Plaintiff,* | ) |
| v. | ) Case No. 1:21-cv-158 |
| | ) Judge Curtis L. Collier |
| INTERNET ESCROW SERVICES d/b/a ESCROW.COM, et al., | ) |
| *Defendants.* | ) |

**O R D E R**

The Court is in receipt of a voicemail message from Plaintiff regarding the handling of this case by the assigned Magistrate Judge.

A telephone call is not the appropriate method for submitting information to the Court. As stated in the undersigned's judicial preferences, "[r]equests for action by the Court and the submission of information to the Court should be made by motion or other appropriate filing." Curtis L. Collier, Senior United States District Judge, Judicial Preferences, https://www.tned.uscourts.gov/content/curtis-l-collier-senior-united-states-district-judge. One purpose of this requirement is to ensure the existence of a complete and accurate record of the case, both for the Court and the parties before judgment and for the Court of Appeals if a party later files an appeal. Another purpose is to avoid *ex parte* communication, which is communication between the Court and one party without the knowledge of another party.[1]

---

[1] Where purely administrative matters are at issue, such as scheduling hearings, telephone communications with the Court may be appropriate. *See* Curtis L. Collier, Senior United States District Judge, Judicial Preferences, https://www.tned.uscourts.gov/content/curtis-l-collier-senior-united-states-district-judge. However, "[t]elephone calls to chambers should include a representative of each side in the litigation whenever possible." *Id.* The Court notes that no defendant has made an appearance in the action to date.

The Court recognizes that Plaintiff is representing herself in this action. However, litigants who are representing themselves are still required to comply with the rules of procedure. *McNeil v. United States,* 508 U.S. 106, 113 (1993). If Plaintiff continues to represent herself in this litigation, she must familiarize herself with and follow (1) the Federal Rules of Civil Procedure, which are publicly available through libraries and on various internet sites; (2) the Local Rules of the United States District Court for the Eastern District of Tennessee, available at https://www.tned.uscourts.gov/sites/tned/files/localrules.pdf; and (3) the judicial preferences of the undersigned, available at https://www.tned.uscourts.gov/content/curtis-l-collier-senior-united-states-district-judge.

**SO ORDERED**.

**ENTER:**

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**