# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| SAMANTHA RAJAPAKSE, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> INTERNET ESCROW SERVICES, ) <br> *d/b/a Escrow.com;* and EBAY MOTORS ) <br> ) <br> Defendants. ) | Case No. 1:21-cv-00158-CLC-CHS |

## ORDER REQUIRING INTERNET ESCROW SERVICES TO RESPOND

On November 15, 2021, the Clerk of Court issued service of process to Internet Escrow Services ("IES") before the Court had conducted the screening of this action required by 28 U.S.C. § 1915(e)(2). Subsequently, Plaintiff filed an executed summons [Doc. 14] indicating IES was served by registered mail through the United States Postal Service on November 16, 2021, at 180 Montgomery Street, San Francisco, California 94104.

Because the Court had not yet conducted its screening of this action, the Court issued an Order that IES need not answer or otherwise respond to the complaint until after the Court completed the screening process and issued an Order directing IES to respond to the complaint. [Doc. 15]. The Court has now completed the screening process required by 28 U.S.C. § 1915(e)(2) and concludes that service of process should issue as to IES.

It is, therefore, **ORDERED** that:

1. IES has twenty-one days from service of this Order in which to answer or otherwise respond to the complaint in this action.

2. The Clerk of Court shall serve IES with a copy of this Order by **registered** USPS mail to 180 Montgomery Street, Suite 650, San Francisco, California 94104.

**SO ORDERED.**

/s/ *Christopher H. Steger*
UNITED STATES MAGISTRATE JUDGE