```
UNITED STATES
POSTAL SERVICE

DOWNTOWN CHATTANOOGA
910 GEORGIA AVE
CHATTANOOGA, TN 37402-2228
(800)275-8777
--------------------------------------------
12/08/2021                         04:25 PM

Product                Qty    Unit    Price
                              Price
Prepaid Mail            1              $0.00
   San Francisco, CA 94104
   Weight: 0 lb 0.40 oz
   Acceptance Date:
        Wed 12/08/2021
   Tracking #:
        70180680000097570583

Grand Total:                          $0.00

********************************************
USPS is experiencing unprecedented volume
increases and limited employee
availability due to the impacts of
COVID-19. We appreciate your patience.
********************************************

         Preview your Mail
         Track your Packages
         Sign up for FREE @
    https://informeddelivery.usps.com

Earn rewards on your business account
purchases of Priority Mail labels
with the USPS Loyalty program by
using Click and Ship. Visit
www.usps.com/smallbizloyalty
           for more info.

All sales final on stamps and postage.
Refunds for guaranteed services only.
         Thank you for your business.

    Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device,
```

7018 0680 0000 9757 0583

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

| Certified Mail Fee | $ |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) | $ |
| ☐ Return Receipt (electronic) | $ |
| ☐ Certified Mail Restricted Delivery | $ |
| ☐ Adult Signature Required | $ |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $ |
| Total Postage and Fees | $ |

Sent To  E Scroll Internet Services
Street and Apt. No., or PO Box No. LLD Montgomery Street Suite 450
City, State, ZIP+4  San Francisco CA 94104



Postmark
Here
DEC -8 2021

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

EASTERN DISTRICT OF TENNESSEE
OFFICE OF CLERK
UNITED STATES DISTRICT COURT
900 GEORGIA AVENUE, ROOM 309
CHATTANOOGA, TENNESSEE 37402

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

neopost
12/08/2021
US POSTAGE
$07.33⁰
ZIP 37402
041L11218266

Escrow Internet Services
180 Montgomery Street
Suite 650
San Fransisco, CA 94104

7018 0680 0000 9757 0583

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee $
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage $
Total Postage and Fees $

Postmark Here

Sent To Escrow Internet Services
Street and Apt. No., or PO Box No. 180 Montgomery Street Suite 650
City, State, ZIP+4 San Fransisco CA 94104

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Escrow Internet Services
180 Montgomery Street
Suite 650
San Francisco, California 94104

2. Article Number *(Transfer from service label)*

9590 9402 2757 6351 1858 02

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent
  ☐ Addressee

B. Received by *(Printed Name)* | C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt