UNITED STATES DISTRICT COURT
OF EASTERN TENNESSEE
CHATTANOOGA DIVISION

FILED

FEB 11 2022

Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

**SAMANTHA RAJAPAKSE**

**Plaintiff**

v.                                              Case: 1:21-cv-00158 CC-CS

**INTERNET ESCROW SERVICES**

**D/B/A ESCROW.COM**

---

## PLAINTIFF'S OJBECTING DEFENDANT ESCROW.COM ANSWER AND MOTION TO DISMISS

---

**COMES NOW, PLAINTIFF, SAMANTHA RAJAPAKSE**, representing herself before this court respectfully file her motion answering the Defendants Escrow.com answer and objecting their motion seeking a dismissal and memorandum supporting her objection.

Plaintiff submits a motion in objecting to the Defendants, Internet Escrow Services doing business as Escrow.com motion to dismiss and failure to answer the complaint filed in this District Court

Defendants, Internet Escrow.com doing business as Escrow.com has failed to answer Plaintiff's complaint of allegations filed in court.

/s/
Samantha Rajapakse
Plaintiff/ Pro Se
3221 Westonia Drive
Chattanooga, TN 37412
423.551.1854