IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| Samantha Rajapakse<br>Plaintiff | )<br>)<br>) |
| v. | ) Civil Action No. 1:21-cv-00158<br>)<br>) |
| Escrow<br>Defendant | )<br>)<br>) |

## MOTION FOR DEFAULT JUDGMENT

Comes now __Samantha Rajapakse__ and requests the Court, pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure, for the entry of a judgment by default against the defendant. In support of this request, __Samantha Rajapakse__ relies upon the record in this case and the affidavit submitted herein.

Respectfully submitted,

_[signature]_
Attorney for Plaintiff