IN THE UNITED STATES DISRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

SAMANTHA RAJAPAKSE
Plaintiff

v.                                             No. 1:21-CV-0058

INTERNET ESCROW SERVICES
d/b/a ESCROW.COM
        Defendants

**AFFIDAVIT IN SUPPORT FOR MOTION FOR DEFAULT JUDGMENT**

I, Samantha Rajapkse, declare under the penalty of perjury that the following facts are true and correct to the best of my information and belief:

1. I am pro se representing myself in this action.

2. Complaint was served upon the Defendant on November 15, 2021,

No response has been served within the time allowed by law. The defendants has sought additional time on December 27th 2021 and February 4th 2022 to allow the Defendants to answer the complaint and the amend complaint which no answer to Plaintiff's complaint has been filed before this court as of February 11, 2022 and Default has entered against the Defendant, Internet Escrow Services doing business as Escrow.com.

3. The claim of the Plaintiff is for the sum of $100,000.00 plus interest from the date of judgment as provided by law, together with the cost of this action.

                                                                                                   Pro se for Plaintiff's

Sworn to and subscribed before
me this 11th day of February 2022
_____
Notary Public

My Commission Expires: March 13, 2022